ANDREW L. PACKARD (State Bar No. 168690)
MEGAN E. TRUXILLO (State Bar No. 275746)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HANSEN BROS. ENTERPRISES, a California corporation, and ORSON HANSEN, an individual,<br><br>Defendants. | Case No.  2:13-CV-02451-TLN-CKD<br><br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |

Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendants in the above-captioned action, stipulate as follows:

WHEREAS, on or about September 20, 2013, CSPA provided Defendants with Notices of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on November 25, 2013, CSPA filed its Complaint against Defendants in this Court, and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letters;

WHEREAS, CSPA and Defendants, through their authorized representatives and without either adjudication of CSPA's claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in CSPA's 60-Day Notice Letters and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Parties' proposed consent agreement ("Consent Agreement") entered into by and between CSPA and Defendants is attached hereto as **Exhibit A** and incorporated by reference;

WHEREAS, CSPA has submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has now expired;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that CSPA's claims, as set forth in its 60-Day Notice Letter and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Parties respectfully request an order from this Court dismissing such claims with prejudice.  In accordance with Paragraph 17 of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the Parties through October 15, 2018, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

Dated: December 18, 2015                    Respectfully submitted,


                                            LAW OFFICES OF ANDREW L. PACKARD

                                            By: /s/ Andrew L. Packard_____
                                            Andrew L. Packard
                                            Attorneys for Plaintiff


Dated: December 18, 2015                    HARRISON TEMBLADOR HUNGERFORD
                                            JOHNSON

                                            By: /s/ Sean Hungerford
                                            Sean Hungerford
                                            Attorneys for Defendants

STIPULATION RE DISMISSAL                                Case No.  2:13-CV-02451-TLN-CKD

<b><u>ORDER</u></b>

Good cause appearing, and the Parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Hansen Bros. Enterprises and Orson Hansen, as set forth in CSPA's 60-Day Notice Letters and Complaint, are hereby dismissed with prejudice, each side to bear their own attorney fees and costs, except as provided for by the terms of the accompanying Consent Agreement.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Dismiss as Exhibit A until October 15, 2018.

IT IS SO ORDERED.

Dated:  December 22, 2015

Troy L. Nunley
United States District Judge

STIPULATION RE DISMISSAL                    Case No.  2:13-CV-02451-TLN-CKD